UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                       :

BERTHA J. LIRIANO,                        :

                   Plaintiff,        :

                                         :                   20-CV-10721 (JPC)

    -v-                           :

                                       :                     ORDER

NEW YORK CITY DEPARTMENT OF EDUCATION,  :

                                       :

              Defendant.     :

                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The Court has been advised that the parties have reached a resolution of this case.  The

initial pretrial conference scheduled for May 3, 2021 at 10:30 a.m. is adjourned *sine die*.  Within

thirty days of the filing of this Order, the parties shall submit all materials necessary for Court

approval of any proposed settlement agreement in accordance with 3.G of the Court's Individual

Rules and Practices in Civil Cases.

       SO ORDERED.

Dated: April 28, 2021
      New York, New York                           JOHN P. CRONAN
                                            United States District Judge